**Order entered December 20, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00883-CV

**DAVID GARVIN, JR., Appellant**

**V.**

**AMERICAN EXPRESS NATIONAL BANK, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-06754**

## ORDER

On November 23, 2022, we ordered Terri Etekochay, the Official Court Reporter for the 101st Judicial District Court, to file, no later than December 8, 2022, either the reporter's record of the proceedings held "on or about" July 6, 2022 and August 10, 2022 or written verification no record exists. To date, Ms. Etekochay has not complied. Accordingly, we **ORDER** Ms. Etekochay to file the record or requested verification **no later than January 4, 2023.**

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Staci Williams, Presiding Judge of the 101st Judicial District Court; Ms. Etekochay; and, the parties.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE